JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joe Martin, an individual,<br>Linda Martin, an individual,<br>                Plaintiff,<br>vs.<br>Bondcorp Realty Services, Inc.,<br>a California Corporation;<br>BAC Home Loans Servicing, LP;<br>Bank of America, N.A;<br>Recontrust Company, N.A.;<br>GOC Investments, LLC, Trustee of<br>"The 1 Rimrock Trust Dated 7/9/2009";<br>and DOES 1-100,<br>                Defendants. | **CASE No. 8:09-cv-01049-DOC-AN**<br><br>[~~Proposed~~]<br><br>**DISMISSAL ORDER**<br><br><br>Complaint Filed: September 11, 2009 |

The Plaintiffs having reached a settlement with the sole remaining defendant in this matter Bondcorp Realty Services, Inc., IT IS SO ORDERED that Defendant Bondcorp Realty Services, Inc. is DISMISSED WITH PREJUDICE from this action.

Dated: April 11, 2011    _____

                                  United States District Court Judge
                                  Central District of California